**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANA GALDAMEZ Plaintiff, | **STIPULATION AND ORDER OF** |
| -against- | **DISMISSAL WITH PREJUDICE** |
| MONTCLAIR CAR CARE INC, | **2:23-cv-22793-WJM-MAH** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto, through the undersigned counsel for the parties who are authorized to execute this Stipulation, that the above-captioned action be dismissed with prejudice with respect to defendant MONTCLAIR CAR CARE INC., MOHAMED S ARIFEE, NAVID ARIFEE, 4-10 BLOOMFIELD AVE CAR BATH INC, in its entirety.

STILLMAN LEGAL PC.
42 Broadway, 12th Floor.
New York, New York 10004
(212) 832-1000
By:      /LINA STILLMAN, ESQ/
*Lina Stillman, Esq.*
ATTORNEYS FOR PLAINTIFF

Dated: November 11, 2024

MONTCLAIR CAR CARE INC., etc.

By: /MONTCLAIR CAR CARE INC./

FOR DEFENDANTS

Dated: November 11, 2024

SO ORDERED on 12/30/2024:

William J. Martini, U.S.D.J.